BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
HEATHER S. PATRICCO, DISTRICT OF COLUMBIA STATE BAR NO. 465883
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GLOUDINA MARIA ROBBERTSE,<br><br>Defendant. | Case No. 1:18-cr-00281-S-EJL-1<br><br>**MOTION TO REVOKE RELEASE** |

The United States of America, by and through Bart M. Davis, United States Attorney, and the undersigned Assistant United States Attorney for the District of Idaho, hereby moves to revoke release of the defendant pursuant to 18 U.S.C. § 3143(a).

## BACKGROUND

Defendant was charged in a Thirty-Seven Count Indictment with Conspiracy to Commit Wire Fraud pursuant to 18 U.S.C. §§ 1343 and 1349 (Count One), Wire Fraud pursuant to 18 U.S.C. § 1343 (Counts Two through Nineteen), and Aggravated Identity Theft pursuant to 18

**MOTION TO REVOKE RELEASE - 1**

U.S.C. §§ 1028A and 2 (Counts 20-37). (ECF 1). Defendant's initial appearance was held on September 17, 2018. (ECF 7). At the time of the initial appearance, the Government did not seek detention and the Court released the defendant, subject to conditions of release. (ECF 15). The first condition of release is that, "[t]he defendant must not violate federal, state, or local law while on release." (ECF 15). On November 11, 2013, the defendant signed a plea agreement pleading guilty to Counts Fifteen and Thirty-Three, in exchange for the Government dismissing Counts One through Fourteen, Sixteen through Thirty-Two and Thirty-Four through Thirty-Seven. (ECF 21). The plea hearing in this case is set for December 6, 2018. (ECF 25).

## LEGAL STANDARDS

Section 3143(a) sets forth the requirements for release or detention of a defendant that has been found guilty and is awaiting sentencing. That section provides in relevant part:

> [T]he judicial officer shall order that a person who has been found guilty of an offense and who is awaiting imposition or execution of a sentence . . . be detained, unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee, or pose a danger to the safety of any other person or the community if released under section 3142(b) or (c).

18 U.S.C. § 3143(a)(1).

## ARGUMENT

The defendant cannot meet her burden of proving by clear and convincing evidence that she is not a danger to the community. The day of defendant's initial appearance, at which she was orally advised by Judge Candy W. Dale that she must not violate any laws while on release, the defendant again committed wire fraud and aggravated identity theft. The actions of the defendant in this instance follow the same pattern of behavior that gave rise to the counts of wire fraud and aggravated identity theft in the Indictment.

Defendant filed a fraudulent claim for disability benefits for an individual --"D.J." -- with the California Employment Development Department (CEDD). (*See* Attachment A). This application was dated August 13, 2018. (*Id.*) The claim form used D.J.'s true name and social security number. (*Id.*) The claim form provided that D.J. was unable to continue employment due to a medical disability that prevented D.J. from returning to work. (*Id.*) As a result of the fraudulent filing, the CEDD issued benefits to D.J. in the form of a CEDD debit card.

Defendant, using a commercial mailbox to effectuate the fraud, received the CEDD debit card in the name of D.J., established a PIN number for the CEDD debit card and thereafter withdrew funds from the CEDD debit card at financial institutions in Idaho. Indeed, defendant withdrew funds from the CEDD debit card on September 17, 2018, at approximately 5:38 p.m., mere hours after being released from custody by Judge Dale. Below is the ATM photo of the defendant at U.S. Bank in Meridian, Idaho withdrawing funds from that CEDD debit card.



On that date, $1003.00 debited from the CEDD debit card. Defendant withdrew funds using the same CEDD debit card on five additional occasions after September 17, 2018. Those additional

withdrawals occurred on September 18, 19, 20, 21, and 24, 2018, and were made at various U.S. Bank locations in Meridian, Idaho. (*See* Attachment B).[1] On each occasion, $1003.00 was debited from the CEDD debit card, with the exception of September 24, 2018, wherein $643.00 was debited.

On November 11, 2018, Special Agent (SA) Cross with the U.S. Department of Homeland Security interviewed the victim, D.J. D.J. informed SA Cross that he previously knew the defendant and had hired her to fix his credit approximately 10 years ago. He confirmed that he never filed any applications with the CEDD for benefits and never suffered from the medical conditions listed on the CEDD claim form. He confirmed that his name and social security number were used without his permission.

Despite being indicted on charges nearly identical to this only a week prior, the defendant continued to engage in a pattern of illegal behavior by using D.J.'s identity to commit six additional instances of wire fraud and aggravated identity theft. The Government submits that defendant is a danger to the community as evidenced by her conduct and has demonstrated that she will not abide by conditions of release.

## CONCLUSION

The defendant cannot meet her burden of proving by clear and convincing evidence that she is not a danger to the community. Her egregious behavior shows a completed disregard for the law. The Government submits that defendant should be detained upon entry of her guilty plea at the plea hearing set for December 6, 2018.

---

[1] Defendant's counsel was provided a copy of this discovery on November 13, 2018.

**MOTION TO REVOKE RELEASE - 4**

Respectfully submitted this 4th day of December, 2018.

> BART M. DAVIS
> UNITED STATES ATTORNEY
> By:
> /s/ Heather S. Patricco
> HEATHER S. PATRICCO
> Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 4, 2018, the foregoing **MOTION TO REVOKE RELEASE** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by:

| | |
|---|---|
| Melissa Winberg<br>Federal Public Defender Services of Idaho<br>702 W. Idaho Street, Suite 1000<br>Boise, Idaho 83702<br>Melissa_winberg@fd.org<br>Attorney for defendant Gloudina Maria Robbertse | United States Mail, postage prepaid<br>fax<br>**XX ECF filing**<br>email |

> /s/Barbara Layman
> Legal Assistant