# ATTACHMENT A

 Employment Development Department State of California

**Claim for Disability Insurance (DI) Benefits**

 250110161



## Health Insurance Portability and Accountability Act (HIPAA) Authorization

| Claimant Social Security Number | Redacted | 4 2 9 2 |

| Claimant Name (First) (MI) (Last) |
| D J |

I authorize _____

(Person/Organization providing the information) to furnish and disclose all my health information and to allow inspection of and provide copies of any medical, vocational rehabilitation, and billing records concerning my disability for which this claim is filed that are within their knowledge to the following employees of the California Employment Development Department (EDD): Disability Insurance Branch examiners, their direct supervisors/managers and any other EDD employee who may have a need to access this information in order to process my claim and/or determine eligibility for State Disability Insurance benefits.

I understand that EDD is not a health plan or health care provider, so the information released to EDD may no longer be protected by federal privacy regulations. (45 CFR Section 164.508(c)(2)(iii)). EDD may disclose information as authorized by the California Unemployment Insurance Code.

I agree that photocopies of this authorization shall be as valid as the original.

I understand I have the right to revoke this authorization by sending written notification stopping this authorization to EDD, DI Branch MIC 29, PO Box 826880, Sacramento, CA 94280. The authorization will stop on the date my request is received. I understand that the consequences for my revoking this authorization may result in denial of further State Disability Insurance benefits.

I understand that, unless revoked by me in writing, this authorization is valid for fifteen years from the date received by EDD or the effective date of the claim, whichever is later. I understand that I may not revoke this authorization to avoid prosecution or to prevent EDD's recovery of monies to which it is legally entitled.

I understand that I am signing this authorization voluntarily and that payment or eligibility for my benefits will be affected if I do not sign this authorization. The consequences for my refusal to sign this authorization may result in an incomplete claim form that cannot be processed for payment of State Disability Insurance benefits.

I understand I have the right to receive a copy of this authorization.

| Claimant Signature (Do Not Print) | Date Signed |
| *[signature]* | 0 8 / 3 2 / 1 8 |

DE 2501 Rev 79 (10-16)   Page 1 of 7

082218DI40190034

CU

ROBBERTSE-005740

Your disability claim can also be filed online at www.edd.ca.gov/
**PLEASE PRINT WITH BLACK INK.**

250110162

### PART A - CLAIMANT'S STATEMENT

| A1. YOUR SOCIAL SECURITY NUMBER | A2. IF YOU HAVE PREVIOUSLY BEEN ASSIGNED AN EDD CUSTOMER ACCOUNT NUMBER, ENTER THAT NUMBER HERE | A3. CALIFORNIA DRIVER LICENSE OR ID NUMBER | A4. GENDER MALE / FEMALE |
|---|---|---|---|
| Redacted 429 2 | | | ✓ (Female) |

| A5. IF YOU EVER USED OTHER SOCIAL SECURITY NUMBERS, ENTER THOSE NUMBERS BELOW | A6. STATE GOVERNMENT EMPLOYEE (IF "YES" INDICATE BARGAINING UNIT#) YES / NO ✓ UNIT# | A7. YOUR DATE OF BIRTH Redacted 1958 |
|---|---|---|

**A8. YOUR LEGAL NAME** (FIRST) D J (MI) (LAST) [Redacted] SUFFIX

**A9. OTHER NAMES, IF ANY, UNDER WHICH YOU HAVE WORKED**
(FIRST) (MI) (LAST) SUFFIX
(FIRST) (MI) (LAST) SUFFIX

**A10. YOUR HOME AREA CODE AND TELEPHONE NUMBER** Redacted

**A11. YOUR CELL AREA CODE AND TELEPHONE NUMBER**

**A12. LANGUAGE YOU PREFER TO USE**
ENGLISH ✓ / SPANISH / CANTONESE / VIETNAMESE / ARMENIAN / PUNJABI / TAGALOG / OTHER

**A13. YOUR MAILING ADDRESS, PO BOX OR NUMBER/STREET/APARTMENT, SUITE, SPACE#, OR PMB# (PRIVATE MAIL BOX)**
27315 Jefferson Ave Apt J27
CITY: Temecula  STATE: CA  ZIP: 92590  COUNTRY:

**A14. YOUR RESIDENCE ADDRESS, REQUIRED IF DIFFERENT FROM YOUR MAILING ADDRESS**
NUMBER/STREET/APARTMENT OR SPACE#:
CITY:  STATE:  ZIP:  COUNTRY:

**A15. YOUR LAST OR CURRENT EMPLOYER** — IF YOUR LAST OR CURRENT EMPLOYMENT WAS SELF-EMPLOYMENT, ENTER "SELF" AND FILL-IN THIS OPTION. ☐ SELF
NAME OF YOUR EMPLOYER: United Financial
NUMBER/STREET/SUITE#: 40335 Winchester Rd suite E521
CITY: Temecula  STATE: CA  ZIP: 92591  COUNTRY:
EMPLOYER'S TELEPHONE NUMBER: 800 517 5379

**A16. AT ANY TIME DURING YOUR DISABILITY, WERE YOU IN THE CUSTODY OF LAW ENFORCEMENT AUTHORITIES BECAUSE YOU WERE CONVICTED OF VIOLATING A LAW OR ORDINANCE?** YES / NO ✓

**A17. BEFORE YOUR DISABILITY BEGAN, WHAT WAS THE LAST DAY YOU WORKED?** 07 03 2018

**A18. WHEN DID YOUR DISABILITY BEGIN?** 07 03 2018

**A19. DATE YOU WANT YOUR CLAIM TO BEGIN IF DIFFERENT THAN THE DATE ENTERED IN A18** M M D D Y Y Y Y

**A20. SINCE YOUR DISABILITY BEGAN, HAVE YOU WORKED OR ARE YOU WORKING ANY FULL OR PARTIAL DAYS?** YES / NO ✓

**A21 A. IF YOU RECOVERED, ENTER DATE**
**A21 B. IF YOU RETURNED TO WORK, ENTER DATE.**




250110163

## PART A - CLAIMANT'S STATEMENT - CONTINUED

**A22. PLEASE RE-ENTER YOUR SOCIAL SECURITY NUMBER:** Redacted 4292

**A23. WHAT IS YOUR REGULAR OR CUSTOMARY OCCUPATION?** Account Manager

**A24. WHY DID YOU STOP WORKING? (SELECT ONLY ONE BOX)**
- [ ] LAYOFF
- [ ] UNPAID LEAVE OF ABSENCE
- [x] ILLNESS, INJURY, OR PREGNANCY
- [ ] VOLUNTARILY QUIT OR RETIRED
- [ ] TERMINATED
- [ ] OTHER REASON

**A25. HOW WOULD YOU DESCRIBE OR CLASSIFY YOUR JOB?**
- [ ] Mostly sit; occasionally stand or walk; occasionally lift, carry, push, pull, or otherwise move objects that weigh 10 lbs. or less.
- [ ] Mostly walk/stand; occasionally lift, carry, push, pull, or otherwise move objects that weigh up to 20 lbs.
- [x] Constantly lift, carry, push, pull, or otherwise move objects that weigh up to 10 lbs.; frequently up to 20 lbs; occasionally up to 50 lbs.
- [ ] Constantly lift, carry, push, pull, or otherwise move objects that weigh up to 20 lbs.; frequently up to 50 lbs; occasionally up to 100 lbs.
- [ ] Constantly lift, carry, push, pull, or otherwise move objects that weigh over 20 lbs.; frequently over 50 lbs.; occasionally over 100 lbs.

**A26. IF YOUR EMPLOYER(S) CONTINUED OR WILL CONTINUE TO PAY YOU DURING YOUR DISABILITY, INDICATE TYPE OF PAY:** SICK / VACATION / Paid Time Off (PTO) / ANNUAL / OTHER (EXPLAIN)

**A27. MAY WE DISCLOSE BENEFIT PAYMENT INFORMATION TO YOUR EMPLOYER(S)?** [x] YES  [ ] NO

**A28. SECOND EMPLOYER NAME (IF YOU HAVE MORE THAN ONE EMPLOYER):**

NUMBER/STREET/SUITE#:

CITY: STATE: ZIP OR POSTAL CODE: COUNTRY (IF NOT USA):

BEFORE YOUR DISABILITY BEGAN, WHAT WAS THE LAST DAY YOU WORKED FOR THIS EMPLOYER? MM/DD/YYYY

EMPLOYER'S TELEPHONE NUMBER:

**A29. IF YOU HAVE MORE THAN 2 EMPLOYERS CHECK HERE.**

**A30. IF YOU ARE A RESIDENT OF AN ALCOHOLIC RECOVERY HOME OR A DRUG-FREE RESIDENTIAL FACILITY, PROVIDE THE FOLLOWING:**

NAME OF FACILITY:
NUMBER/STREET/SUITE#:
CITY: STATE: ZIP OR POSTAL CODE: AREA CODE AND TELEPHONE NUMBER:

**A31. HAVE YOU FILED OR DO YOU INTEND TO FILE FOR WORKERS' COMPENSATION BENEFITS?**
- [ ] YES - COMPLETE ITEMS A32 THROUGH A38
- [x] NO - SKIP ITEMS A33 THROUGH A38

**A32. WAS THIS DISABILITY CAUSED BY YOUR JOB?** [ ] YES  [x] NO

**A33. DATE(S) OF INJURY SHOWN ON YOUR WORKERS' COMPENSATION CLAIM:** MM/DD/YYYY MM/DD/YYYY MM/DD/YYYY MM/DD/YYYY

**A34. WORKERS' COMPENSATION INSURANCE COMPANY NAME:** AREA CODE AND TELEPHONE NUMBER: EXTENSION (IF ANY):

NUMBER/STREET/SUITE#:
CITY: STATE: ZIP CODE: WORKERS' COMPENSATION CLAIM NUMBER:



DE 2501 Rev. 79 (10-16)   Page 3 of 7

082218DI40190035

ROBBERTSE-005742



250110164

## PART A - CLAIMANT'S STATEMENT - CONTINUED

**A35. PLEASE RE-ENTER YOUR SOCIAL SECURITY NUMBER** Redacted | 4 | 2 | 9 | 2 |

**A36 WORKERS' COMPENSATION ADJUSTER'S NAME** — AREA CODE AND TELEPHONE NUMBER — EXTENSION (IF ANY)

**A37 EMPLOYER'S NAME SHOWN ON YOUR WORKERS' COMPENSATION CLAIM** — AREA CODE AND TELEPHONE NUMBER — EXTENSION (IF ANY)

**A38 YOUR ATTORNEY'S NAME (IF ANY) FOR YOUR WORKERS' COMPENSATION CASE** — AREA CODE AND TELEPHONE NUMBER — EXTENSION (IF ANY)

**ATTORNEY'S ADDRESS NUMBER/STREET/SUITE#**

**CITY** — **STATE** — **ZIP CODE** — **WORKERS' COMPENSATION APPEALS BOARD/ADJ CASE NUMBER**

### PLEASE REVIEW, SIGN, AND DATE ITEM A39, AND IF APPLICABLE, ITEMS A40 AND A41

**A39. Declaration and Signature.** By my signature on this claim statement, I claim benefits and certify that for the period covered by this claim I was unemployed and disabled. I understand that willfully making a false statement or concealing a material fact in order to obtain payment of benefits is a violation of California law and that such violation is punishable by imprisonment or fine or both. I declare under penalty of perjury that the foregoing statement, including any accompanying statements, is to the best of my knowledge and belief true, correct, and complete. By my signature on this claim statement, I authorize the California Department of Industrial Relations and my employer to furnish and disclose to State Disability Insurance all facts concerning my disability, wages or earnings, and benefit payments that are within their knowledge. By my signature on this claim statement, I authorize release and use of information as stated in the "Information Collection and Access" portion of this form (see Informational Instructions, page D). I agree that photocopies of this authorization shall be as valid as the original, and I understand that authorizations contained in this claim statement are granted for a period of fifteen years from the date of my signature or the effective date of the claim, whichever is later.

**CLAIMANT'S SIGNATURE (DO NOT PRINT) OR SIGNATURE MADE BY MARK (X)** — **DATE SIGNED** 0 8 / 3 2 0 1 8

**A40 IF YOUR SIGNATURE IS MADE BY MARK (X), CHECK THE BOX AND IT MUST BE ATTESTED BY TWO WITNESSES WITH THEIR ADDRESSES.** ☐

**1st WITNESS SIGNATURE (PRINT AND SIGN)** — DATE SIGNED M M D D Y Y Y Y

**NUMBER/STREET/APARTMENT OR SPACE#, PO BOX OR PRIVATE MAIL BOX ADDRESSES NOT ACCEPTABLE**

**CITY** — **STATE** — **ZIP CODE**

**2nd WITNESS SIGNATURE (PRINT AND SIGN)** — DATE SIGNED M M D D Y Y Y Y

**NUMBER/STREET/APARTMENT OR SPACE#, PO BOX OR PRIVATE MAIL BOX ADDRESSES NOT ACCEPTABLE.**

**CITY** — **STATE** — **ZIP CODE**

**A41.** ☐ CHECK THIS BOX IF YOU ARE THE PERSONAL REPRESENTATIVE SIGNING ON BEHALF OF CLAIMANT AND COMPLETE THE FOLLOWING:

I, (FIRST) _____ (MI) _ (LAST) _____, REPRESENT THE CLAIMANT IN THIS MATTER AS AUTHORIZED BY ☐ DECLARATION OF INDIVIDUAL CLAIMING DISABILITY INSURANCE BENEFITS DUE AN INCAPACITATED OR DECEASED CLAIMANT, DE 2522 (SEE INSTRUCTION & INFORMATION A, UNDER HOW TO APPLY #4) ☐ POWER OF ATTORNEY (ATTACH COPY)

**PERSONAL REPRESENTATIVE'S SIGNATURE (DO NOT PRINT)** — DATE SIGNED M M D D Y Y Y Y

ROBBERTSE-005743

**Claim for Disability Insurance (DI) Benefits - Physician/Practitioner's Certificate**
PLEASE PRINT WITH BLACK INK.

250110165

**PART B - PHYSICIAN/PRACTITIONER'S CERTIFICATE**

B1. PATIENT'S SOCIAL SECURITY NUMBER: Redacted 4292
B2. PATIENT'S FILE NUMBER: DA718-4017

B3. IF YOU KNOW THE PATIENT'S ELECTRONIC RECEIPT NUMBER, ENTER IT HERE: R
B4. PATIENT'S DATE OF BIRTH: Redacted 1958

B5. PATIENT'S NAME (FIRST) (MI) (LAST): D J

B6. PHYSICIAN/PRACTITIONER'S LICENSE NUMBER: GS4349
B7. STATE OR COUNTRY (IF NOT U.S.A) THAT ISSUED LICENSE NUMBER ENTERED IN B6: STATE CA COUNTRY USA

B8. PHYSICIAN/PRACTITIONER LICENSE TYPE: PHYSICIAN
B9. SPECIALTY (IF ANY): RHEUMATOLOGY

B10. PHYSICIAN/PRACTITIONER'S NAME AS SHOWN ON LICENSE (FIRST) (MI) (LAST): Redacted  SUFFIX: MD

B11. PHYSICIAN/PRACTITIONER'S ADDRESS
MAILING ADDRESS, PO BOX OR NUMBER/STREET/SUITE#: 705 W. LA VETA AVE, SUITE 109
CITY: ORANGE  STATE: CA  ZIP OR POSTAL CODE: 92868
COUNTY HOSPITAL/GOVERNMENT FACILITY ADDRESS:
FACILITY NAME (IF APPLICABLE): PACIFIC RHEUMATOLOGY CENTER

B12. THIS PATIENT HAS BEEN UNDER MY CARE AND TREATMENT FOR THIS MEDICAL PROBLEM
FROM 07/03/2018 TO _____  ☒ CHECK HERE TO INDICATE YOU ARE STILL TREATING THE PATIENT
AT INTERVALS OF: ☐ DAILY ☐ WEEKLY ☒ MONTHLY ☐ AS NEEDED ☐ OTHER

B13. AT ANY TIME DURING YOUR ATTENDANCE FOR THIS MEDICAL PROBLEM, HAS THE PATIENT BEEN INCAPABLE OF PERFORMING HIS/HER REGULAR OR CUSTOMARY WORK?
☒ YES - ENTER DATE DISABILITY BEGAN: 07/03/2018
WAS THE DISABILITY CAUSED BY AN ACCIDENT OR TRAUMA? ☐ YES ☒ NO
IF YES, INDICATE THE DATE THE ACCIDENT OR TRAUMA OCCURRED.

B14. DATE YOU RELEASED OR ANTICIPATE RELEASING PATIENT TO RETURN TO HIS/HER REGULAR OR CUSTOMARY WORK ("UNKNOWN", "INDEFINITE", ETC, NOT ACCEPTABLE.): 10/15/2018
☐ CHECK HERE TO INDICATE PATIENT'S DISABILITY IS PERMANENT AND YOU NEVER ANTICIPATE RELEASING PATIENT TO RETURN TO HIS/HER REGULAR OR CUSTOMARY WORK

B15. IF PATIENT IS NOW PREGNANT OR HAS BEEN PREGNANT, PLEASE CHECK THE APPROPRIATE BOX AND ENTER THE FOLLOWING:
ESTIMATED DELIVERY DATE: _____  DATE PREGNANCY ENDED: _____
TYPE OF DELIVERY, IF PATIENT HAS DELIVERED: ☐ VAGINAL ☐ CESAREAN

250110166

**PART B - PHYSICIAN/PRACTITIONER'S CERTIFICATE - CONTINUED**

**B16** PLEASE RE-ENTER PATIENT'S SOCIAL SECURITY NUMBER: Redacted

**B17.** IF THE PATIENT HAS NOT DELIVERED AND YOU DO NOT ANTICIPATE RELEASING THE PATIENT TO RETURN TO REGULAR OR CUSTOMARY WORK PRIOR TO THE ESTIMATED DELIVERY DATE, ENTER THE **NUMBER OF DAYS** THAT THE PATIENT WILL BE DISABLED POSTPARTUM, FOR EACH DELIVERY TYPE:
VAGINAL DELIVERY [ ]    CESAREAN DELIVERY [ ]

**B18** IN CASE OF AN ABNORMAL PREGNANCY AND/OR DELIVERY, STATE THE COMPLICATION(S) CAUSING MATERNAL DISABILITY

**B19** ICD DIAGNOSIS CODE(S) FOR DISABLING CONDITION THAT PREVENT THE PATIENT FROM PERFORMING HIS/HER REGULAR OR CUSTOMARY WORK (REQUIRED)

EXAMPLE OF HOW TO COMPLETE ICD CODES:
ICD-9: 320·1
ICD-10: G00·1

(Check only one box)
[ ] ICD-9
[x] ICD-10

PRIMARY: M05·G11
SECONDARY: M06·9
SECONDARY:
SECONDARY:

**B20** DIAGNOSIS (REQUIRED) - IF NO DIAGNOSIS HAS BEEN DETERMINED, ENTER A DETAILED STATEMENT OF SYMPTOMS

RHEUMATOID ARTHRITIS - UNSPECIFIED
RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR

**B21.** FINDINGS - STATE NATURE, SEVERITY, AND EXTENT OF THE INCAPACITATING DISEASE OR INJURY, INCLUDE ANY OTHER DISABLING CONDITIONS

SEVERE PAIN, DISFORMATION, STIFFNESS, DISCOMFORT

**B22** TYPE OF TREATMENT/MEDICATION RENDERED TO PATIENT

PAIN MEDICATION   PHYSICAL THERAPY
PAIN MANAGEMENT
ENBREL   SURGICAL INJECTIONS

**B23** IF PATIENT WAS HOSPITALIZED, PROVIDE DATES OF ENTRY AND DISCHARGE   MM DD YYYY TO MM DD YYYY
[ ] CHECK HERE TO INDICATE THE PATIENT IS STILL HOSPITALIZED

**B24** [ ] CHECK HERE IF PATIENT IS DECEASED, PLEASE PROVIDE DATE OF DEATH   MM DD YYYY
CITY            COUNTY            STATE

DE 2501 Rev. 79 (10-16)    Page 6 of 7

082218DI40190036

ROBBERTSE-005745




250110167

**PART B - PHYSICIAN/PRACTITIONER'S CERTIFICATE - CONTINUED**

**B25.** PLEASE RE-ENTER PATIENT'S SOCIAL SECURITY NUMBER — Redacted 4292

**B26.** WAS THE PATIENT SEEN PREVIOUSLY BY ANOTHER PHYSICIAN/PRACTITIONER OR MEDICAL FACILITY FOR THE CURRENT DISABILITY/ILLNESS/INJURY?
[ ] YES  [ ] NO  [X] UNKNOWN   IF YES, WHAT WAS THE DATE OF FIRST TREATMENT? M M D D Y Y Y Y

**B27.** DATE AND TYPE OF SURGERY/PROCEDURE MOST RECENTLY PERFORMED OR TO BE PERFORMED

M M D D Y Y Y Y

WAS THE PATIENT UNABLE TO WORK IMMEDIATELY PRIOR TO THE SURGERY OR PROCEDURE? [ ] YES  [ ] NO
M M D D Y Y Y Y   IF YES, PLEASE PROVIDE THE FIRST DATE THE PATIENT WAS UNABLE TO WORK BEFORE THE SURGERY OR PROCEDURE

**B28.** ICD PROCEDURE CODE(S)   [ ] ICD-9   [ ] ICD-10

CPT CODE(S) (DO NOT INCLUDE MODIFIERS)

**B29.** WAS THIS DISABLING CONDITION CAUSED AND/OR AGGRAVATED BY THE PATIENT'S REGULAR OR CUSTOMARY WORK? [ ] YES  [X] NO

**B30.** ARE YOU COMPLETING THIS FORM FOR THE SOLE PURPOSE OF REFERRAL/RECOMMENDATION TO AN ALCOHOLIC RECOVERY HOME OR DRUG-FREE RESIDENTIAL FACILITY AS INDICATED BY THE PATIENT IN QUESTION A30? [ ] YES  [X] NO

**B31.** DATE YOUR PATIENT BECAME A RESIDENT OF A DRUG OR ALCOHOL FACILITY (IF KNOWN)  M M D D Y Y Y Y

**B32.** WOULD DISCLOSURE OF THE INFORMATION ON THIS FORM BE MEDICALLY OR PSYCHOLOGICALLY DETRIMENTAL TO YOUR PATIENT? [ ] YES  [X] NO

**B33** PHYSICIAN/PRACTITIONER'S: I CERTIFY UNDER PENALTY OF PERJURY THAT THE PATIENT IS UNABLE TO PERFORM HIS/HER REGULAR OR CUSTOMARY WORK BECAUSE OF THE LISTED DISABLING CONDITION(S). I HAVE PERFORMED A PHYSICAL EXAMINATION AND/OR TREATED THE PATIENT. I AM AUTHORIZED TO CERTIFY A PATIENT DISABILITY OR SERIOUS HEALTH CONDITION PURSUANT TO CALIFORNIA UNEMPLOYMENT INSURANCE CODE SECTION 2708.

PHYSICIAN/PRACTITIONER'S ORIGINAL SIGNATURE - RUBBER STAMP IS NOT ACCEPTABLE   |   DATE SIGNED: 08/17/2018   |   AREA CODE/PHONE NUMBER: Redacted

UNDER SECTIONS 2116 AND 2122 OF THE CALIFORNIA UNEMPLOYMENT INSURANCE CODE, IT IS A VIOLATION FOR ANY INDIVIDUAL WHO, WITH INTENT TO DEFRAUD, FALSELY CERTIFIES THE MEDICAL CONDITION OF ANY PERSON, IN ORDER TO OBTAIN DISABILITY INSURANCE BENEFITS, WHETHER FOR THE MAKER OR FOR ANY OTHER PERSON, AND IS PUNISHABLE BY IMPRISONMENT AND/OR A FINE NOT EXCEEDING $20,000. SECTION 1143 REQUIRES ADDITIONAL ADMINISTRATIVE PENALTIES.

ROBBERTSE-005746