# ATTACHMENT B

## Digital Video Snapshot

Site: Pacific Division/Northwest Region/ID/5979 Meridian Centre Point
Camera Group: 5979 Meridian Center Point
Camera Name: 01 Drive Up ATM
9/17/2018 5:38:25 PM (Mountain Daylight Time)



Capture Size: 704 x 480 pixels
Device Network Name: PSVIDA8AW01-01
Device Serial Number: NR1817A448
Device Station ID: 5979_Meridian_Centre_Point

ROBBERTSE-005734

Digital Video Snapshot

Site: Pacific Division/Northwest Region/ID/5979 Meridian Centre Point
Camera Group: 5979 Meridian Center Point
Camera Name: 01 Drive Up ATM
9/18/2018 10:12:52 AM (Mountain Daylight Time)



Capture Size: 704 x 480 pixels
Device Network Name: PSVDA8AW01-01
Device Serial Number: NR1817A448
Device Station ID: 5979_Meridian_Centre_Point

ROBBERTSE-005735

## Digital Video Snapshot

Site: Pacific Division/Northwest Region/ID/5912_Cherry_Lane
Camera Group: 5912_Cherry_Lane
Camera Name: 02 Drive Up ATM
9/19/2018 5:24:23 PM (Mountain Daylight Time)



Capture Size: 704 x 480 pixels
Device Network Name: PSVID16BL01M01
Device Serial Number: NR1817A445
Device Station ID: 5912_Cherry_Lane

ROBBERTSE-005736

## Digital Video Snapshot

Site: Pacific Division/Northwest Region/ID/5979 Meridian Centre Point
Camera Group: 5979 Meridian Center Point
Camera Name: 01 Drive Up ATM
9/20/2018 12:04:46 PM (Mountain Daylight Time)



Capture Size: 704 x 480 pixels
Device Network Name: PSVIDA6AW01-01
Device Serial Number: NR1817A448
Device Station ID: 5979_Meridian_Centre_Point

ROBBERTSE-005737

### Digital Video Snapshot

Site: Pacific Division/Northwest Region/ID/5979 Meridian Centre Point
Camera Group: 5979 Meridian Center Point
Camera Name: 01 Drive Up ATM
9/21/2018 1:00:47 PM (Mountain Daylight Time)



Capture Size: 704 x 480 pixels
Device Network Name: PSVIDA8AW01-01
Device Serial Number: NR1817A448
Device Station ID: 5979_Meridian_Centre_Point

## Digital Video Snapshot

Site: Pacific Division/Northwest Region/ID:5912_Cherry_Lane
Camera Group: 5912_Cherry_Lane
Camera Name: 02 Drive Up ATM
9/24/2018 10:44:24 AM (Mountain Daylight Time)



Capture Size: 704 x 480 pixels
Device Network Name: PSVID16BL01M01
Device Serial Number: NR1617A445
Device Station ID: 5912_Cherry_Lane

ROBBERTSE-005739