CRIMINAL PROCEEDINGS - Sentencing

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge Edward J. Lodge  Date: June 11, 2019
Case No. 1:18-CR-281-EJL-1  Deputy Clerk: Sunny Trumbull
Court Reporter: Lisa Yant  Place: Boise, Idaho
Time: 11:08 a.m. - 12:05 p.m.

UNITED STATES OF AMERICA vs. Gloudina Maria Robbertse

        Probation Officer: Nate Hudson and Caitlyn O'Very
        Counsel for United States: Heather Patricco
        Defendant(s): Thomas Monaghan, Federal Defender

Court reviewed case history in this matter. Presentence report adopted by the Court. The Court finds an offense level of 18, a criminal history of 1, a guideline range of 27-33 months on count 15 and a 2 year mandatory consecutive sentence on count 33.

Trevor Kaplan made statements.

Ms. Patricco presented arguments and recommendations to the Court on behalf of the Government and recommended a sentence of 54 months incarceration.

Mr. Monaghan presented arguments and recommendations and requested the Court impose a sentence of 44 months.

The defendant made statements to the Court on her own behalf.

The Court addressed 3553(a) factors.

SENTENCE: Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for term of 30 months on count 15 and 24 months on count 33 to run consecutively for a total of 54 months.

The Court waived the fine and ordered the defendant to pay a $100 special assessment on each count for a total of $200 and restitution in the amount of $475,350.28.

Mr. Monaghan motioned the Court to waive interest on the restitution. The Court denied the request.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 3 years on count 15 and 1 year on count 33, to run concurrent. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released. Supervised release is imposed upon the following terms and conditions:

The defendant shall not commit another federal, state or local crime.

The defendant shall not possess a firearm, ammunition, destructive device or other dangerous weapon.

The defendant shall comply with all special conditions as outlined in part D of the pre sentence investigation report.

The Court advised Counsel to review all conditions with the defendant to be sure the defendant understands each of the conditions.

Government moved to dismiss counts 1-14, 16-32, and 34-37. So ordered.

Court advised the defendant of her rights to appeal.

Defendant remanded to the custody of the U. S. Marshal Service.