18-CR-0081-EJL

Gloudina Robbertse 19639-023 (Unit C)
Federal Correctional Institution
5701 8th Street
Dublin, CA 94568

July 21st, 2021

U.S. COURTS
JUL 26 2021
Rcvd____Filed____Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

RE: Motion for return of seized property (41(G))

Dear Honorable Judge Windmill,

In March last year my daughter, Chantelle Robbertse (co-defendant) and I each filed a 41(g) Motion for return of seized property, and have not yet received any response to our motions.

On 2/6/18, during a search warrant seizure at my residence and my daughter's residence in Meridian, ID, several documents and electronic devices (Desktop computers, laptops, Ipads, Hard-drives, cellphones and personal documents), were seized. Some devices and documents were returned, despite the fact that agent Richard Cross wrote in an email to the defendant, "Exhibit 1", that ALL devices etc. will be returned at the end of the investigation.

When the defendant's counsel inquired with AUSA Patriccio about the return of the seized property, she stated that she was "holding on" to the property for the CA authorities. Despite the fact as cited in Mapp v. Ohio (1961) 367 US 643, 6 L Ed. 2d 1081, 81 S Ct. 1684 (all evidence obtained by search and seizure in violation

of the Federal Constitution is inadmissible in state court). The case from the State of CA, which was part of the Global Disposition in this case, was concluded on 11/4/19, and both defendants have since completed the sentence for the CA case.

Last year, defendant's counsel Mr. Mohonogan contacted AUSA Heather Patriccio regarding the return of the property. She then said she would return the property on the one year anniversary of sentencing 6/11/20. She wanted the HSI to "wipe clean" all the devices, but I objected strongly. While I agree that the government can permanently delete any reference to CA E&B or any potential victim information, the devices contain operating software, important personal documentation and most of all photographs of the Robbertse family that can never ever be replaced and are of great importance to the family and the defendants. It would be a great loss to me if those photographs that are on the electronic devices are destroyed.

I have personally reached out in writing to AUSA Patriccio for the return of the seized property, with no response. At this point I believe that my hope lies in this Honorable Court in granting my motion in order for the property to be returned in the same fashion as when it was seized. We have already passed the 2nd year after sentencing and there is no need for the government to further deprive the defendants of their property.

The court should have a copy of the Inventory and Affidavit of seized property on the search warrants that was issued at: 6556 N. Moon Drummer Way, Meridian ID 83646 and 2975 N. Records Ave # D101, Meridian, ID 83646.

The agents or AUSA Patriccio can call my oldest daughter, Beatrix Raubenheimer @ 208-850-9010 or email: janie_r11@yahoo.com to arrange the property release as soon as possible.

Your honor, please forgive me if I overstepped my boundaries with this letter, but I cannot stress enough the importance of receiving our property back, knowing our personal memories are save and preserved and my children has it. We wish to close this chapter in our lives and move on. I feel that I have made all efforts with AUSA Patriccio and received no response from her.

Respectfully Submitted,

Gloudina M. Robbertse
Case # 1:18-CR-00281-EJL

Federal Correctional Institution
5701 8th Street
Dublin, CA 94568

OAKLAND CA 945
22 JUL 2021 PM 6 L

⇔19639-023⇔
United States District Crt
Clerk of the Court
550 W FORT ST
4t Floor, Room 400
Boise, ID 83724
United States