**From:** hiprobags@aol.com,

**To:** Denise_Arellano@fd.org,

**Subject:** Fwd: Question on 5/1/2018

**Date:** Mon, Nov 26, 2018 5:55 pm

**Attachments:**

*"EXHIBIT 1"*

---

Permission from Richard Cross to travel to Belize to hand out shoes and supplies

-----Original Message-----
From: Cross, Richard H <Richard.H.Cross@ice.dhs.gov>
To: Gloudina Robbertse (hiprobags@aol.com) <hiprobags@aol.com>
Sent: Tue, May 1, 2018 3:08 pm
Subject: Question on 5/1/2018

Dear Mrs. Robbertse,

As of this time, we do not have any other electronics to ready to return to you. Electronic devices containing any information related to Hiprotech or the EDD are being kept by us until the end of the investigation. This includes telephones, computers, tablets, etc. Enjoy and have a safe trip to Belize.

Richard Cross
  Special Agent

Homeland Security Investigations
Immigration & Customs Enforcement
1185 South Vinnell Way
Boise, ID 83709

(208) 685-6681 – Desk at HSI
(208) 573-2281 – Cell
(208) 685-6609 – Fax
richard.h.cross@ice.dhs.gov

Southern Idaho Joint Terrorism Task Force
(208) 433-3544 – Desk at FBI



2