RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
HEATHER S. PATRICCO, DISTRICT OF COLUMBIA STATE BAR NO. 465883
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GLOUDINA MARIA ROBBERTSE,<br><br>Defendant. | Case No. 18-CR-00281-S-DCN<br><br>**GOVERNMENT'S STATUS REPORT IN RESPONSE TO DEFENDANT'S MOTION FOR RETURN OF PROPERTY** |

The United States of America, by and through Rafael M. Gonzalez, Jr., Acting United States Attorney, and the undersigned Assistant United States Attorney for the District of Idaho, hereby provides a status report on Defendant's motion for return of seized property pursuant to the Court's order. (ECF 113). The property referenced by the Defendant includes multiple cellular telephones, IPads, computers and other miscellaneous documents that were seized during a search of her residence and her co-Defendant's residence (daughter Chantelle Robbertse) on February 6, 2018.

**GOVERNMENT'S STATUS REPORT IN RESPONSE TO DEFENDANT'S MOTION FOR RETURN OF PROPERTY**
- 1

As stated in the Government's prior filing, the Government intends to return the property to the Defendant and co-Defendant in a manner that does not contain evidence of the fraud or related victim information. Prior to sanitizing (wiping) the devices and returning them to the Defendant and her co-Defendant, the Government is attempting to retrieve personal photographs and videos from the devices as requested by the Defendant. Once those files are extracted from the devices, the Government will review them to ensure they do not contain evidence of the fraud or related victim information. The Government will then return the sanitized devices and copies of personal photographs and videos that were extracted to the Defendant and co-Defendant.

As for the miscellaneous documents seized, the Government has completed review of the totality of those documents (3 boxes) and from that review, located two personal photos that may be returned to the Defendant. The remainder of the documents in the boxes will be destroyed.

The Government is striving to complete review of the extracted photographs and videos and return the sanitized property to the Defendant and co-Defendant within 45 days. The Government proposes to file a status update with the Court in 30 days notifying the Court of the Government's progress in this regard.

Respectfully submitted this 29th day of September, 2021.

RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
By:

*/s/ Heather S. Patricco*

HEATHER S. PATRICCO
Assistant United States Attorney

**GOVERNMENT'S STATUS REPORT IN RESPONSE TO DEFENDANT'S MOTION FOR RETURN OF PROPERTY**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 29, 2021, the foregoing **GOVERNMENT'S STATUS REPORT IN RESPONSE TO DEFENDANT'S MOTION FOR RETURN OF PROPERTY** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by:

| | |
|---|---|
| Gloudina Robbertse #19639-023<br>FCI Dublin<br>Federal Correctional Institution<br>5701 8th St – Camp Parks<br>Dublin, CA 94568 | ☒ United States Mail, postage prepaid<br>☐ Fax<br>☐ ECF filing<br>☐ Email |

       */s/ Brandi Fifer*
       Legal Assistant