Name: Gloudina Robbertse
Reg. #: 19639-023
Federal Correctional Institution
5701 8th Street
Dublin, CA 94568

U.S. COURTS
OCT 25 2021
Rcvd____Filed____Time
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

IN THE **District** COURT,
IN AND FOR THE **District** OF **Idaho**.

---

GLOUDINA M. ROBBERTSE
Petitioner

v.

UNITED States of America
Respondent

CASE NO. 1:8-CR-00281-S-DCN

\* FILED UNDER SEAL \*

Petitioner/Defendant's Response to the Government's Status Report for Return of Property

---

Comes now, Gloudina M. Robbertse, Petitioner Pro Se, hereinafter, would like to respond to the government's "status report" dated Sept. 27th, 2021 BUT received by the petitioner/defendant today Oct. 18th, 2021.

The most important aspect of the property that was seized on 2/6/18, are the personal photographs and video's which are on ALL the electronic devices (multiple cellular phones, Ipads, Computers etc) and the PERSONAL documents on the computers, laptops, Ipads of the defendant, her co-defendant (daughter: Chantelle Robbertse) and family members unrelated to this case. Please keep in mind that the desk top computers were used by other members of the family to store documents, family not related to this case. Additionally, it is extremely hard to even

Page 1 of 2

believe that from 3 boxes of documents, there are merely 2 personal photographs. This is completely incorrect. Part of the documents seized with corporate binders and documents that not only belongs to the defendant, but business interest from before and after this crime. Items which the defendant had permission to have: Hiprotech International, Journey America, The Stanley Foundation, Ceramic Tile Design etc. Jeffrey Simons provided agent Richard Cross a sworn statement as to Hiprotech International LLC & Inc. Plus items from the Immigration Suitcase.

Finally, in agent Richard Cross' email that was submitted to the court, he clearly stated that the property and documents would be returned. Neither of the defendant's wish to receive any documents pertaining to CA EDD or any potential victims. However, bond certificates, employee folders etc. were removed that had no relation to the case.

This was a very bad and devastating time in the petitioner's life. A bad choice that lead to a terrible outcome, and I want to put it behind me. But some of those documents are important to the family as a hole. The petitioner would also like the court to know that the petitioner did not receive a copy of the Court's order. (ECF 113)

Respectfully Submitted,

Date: 10/18/21

Gloudina Flobbertse
Petitioner/Defendant

## Certificate of Service

I hereby certifying that a complete copy of the "Petitioner's/Defendant's Response to the Government's Status Report for Return of Property, were mail in the outgoing mail depository on Oct, 19th, 2001 to: AUSA Heather Patricco
1290 N. Myrtle Str.
Ste 500
Boise, ID 83702-7788

Gaudina Robbertse 19639-023 (Unit C)
Federal Correctional Institution
5701 8th Street
Dublin, CA 94568



OAKLAND CA 945
22 OCT 2021 PM 5 L

◇19639-023◇
United States District Crt
Clerk of the Court
550 W FORT ST
4t Floor, Room 400
Boise, ID 83724
United States