**U.S. COURTS**

DEC 2 0 2021

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00281-DCN-1 |
| Plaintiff, |  |
| v. | **ORDER EXTENDING TIME** |
| GLOUDINA MARIA ROBBERTSE, |  |
| Defendant. |  |

Pending before the Court is the Government's Request for Extension of Time to file a final report regarding the status of the return of Defendant Gloudina Maria Robbertse's property (Dkt. 126). The Court has reviewed the Motion, and good cause appearing, IT IS HEREBY ORDERED:

1. The Government's Motion for Extension (Dkt. 126) is **GRANTED**. The Government shall file a final status report on or before **December 16, 2021**.

DATED: December 2, 2021

David C. Nye
Chief U.S. District Court Judge

**United States Courts**
James A. McClure Federal Building and Courthouse
550 W. Fort St.
Boise, ID 83724
OFFICIAL BUSINESS

FIRST-CLASS MAIL

$00.53°

ZIP 83724
011D11635938

MINNEAPOLIS MN 553 Hasler
12/02/2021
US POSTAGE

27 DEC 2021 PM 15 L

RETURN TO SENDER

Chantelle Charne Robbertse

RETURN TO SENDER